428 A.2d 973

**COMMONWEALTH of Pennsylvania,**

v.

**Kenneth McINTYRE, Appellant.**

Supreme Court of Pennsylvania.

Argued April 21, 1981.

Decided May 5, 1981.

August T. Groover, Media, for appellant.

Vram Nedurian, Jr., Newtown Square, for appellee.

Before ROBERTSON, NIX, LARSEN, FLAHERTY, KAUFFMAN and WILKINSON, JJ.

## OPINION

PER CURIAM:

The judgment of sentence of the Court of Common Pleas of Delaware County is affirmed.

O'BRIEN, C. J., did not participate in the consideration or decision of this case.